ISAIAH BANGS *et al.* agt. ELIAS AVERY.

Where a plaintiff asks leave to reply several matters to a special plea—bankrupt's discharge, &c.—he should set out *particularly* what those matters are.

*April Term*, 1846.

MOTION by plaintiffs for leave to reply several replications to the plea of bankrupt's discharge, pleaded by defendant Elias Avery.

The plaintiffs stated that they were desirous to set up various acts of fraud on the part of the defendant Avery in his discharge, in bar to his plea; that he fraudulently and wilfully concealed, and fraudulently and wilfully omitted to include in his inventory of his property, certain property and rights of property, real and personal, of great value, and that he fraudulently and wilfully concealed the same from the assignee appointed by the district court, in his proceedings to obtain his discharge, which property and rights of property he (Avery) owned or had a beneficial interest to a large amount, as plaintiffs were informed and believed, and fully expected to prove on the trial of the cause.

> J. EDWARDS, *plaintiffs' counsel.*
> S. MATTHEWS, *plaintiffs' attorney.*
> A. TABER, *defendant's counsel.*
> L. FARRAR, *defendant's attorney.*

BEARDSLEY, Justice. Denied the motion, with costs, without prejudice, on the ground that the plaintiffs did not state particularly what matters were sought to be replied. The affidavit was not full enough.